LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Tel. 415.882.3288
Fax 415.882.3299
Email: ltownsend@owe.com

Attorneys for Plaintiff and Counter-Defendant
Autoopt Networks, Inc.

WALLACE C. DOOLITTLE (SBN 158116)
JAMES P. DOWNS (SBN 139489)
LAW OFFICES OF WALLACE C. DOOLITTLE
1260 B Street, Suite 250
Hayward, CA 94541
Tel. 510.888-0600
Fax: 510.888-0606
Email: doolittlew@doolittlelaw.com

Attorneys for Defendants
Vijay Karani and Mobile Terrace, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOOPT NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>VIJAY KARANI, an individual; MOBILE TERRACE, INC., a California corporation; GNANENTHIRAN JAYANTHAN, an individual,<br><br>Defendants. | Case No. 4:17-cv-04714 -HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS VIJAY KARANI AND MOBILE TERRACE, INC. WITH PREJUDICE**<br>[FRCP 41(a)(1)(A)(ii)] |
| AND RELATED CROSS-ACTION | |

Plaintiff Autoopt Networks, Inc. and Defendants Vijay Karani and Mobile Terrace, Inc., by their attorneys of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)1)(A)(ii) that the civil action, as to Defendants Vijay Karani and Mobile Terrace, Inc. only, may be and hereby is dismissed with prejudice, with each party bearing its own attorneys' fees

and costs of suit.

Dated: November 9, 2017 By: L/O LAWRENCE G. TOWNSEND

/s/ Lawrence G. Townsend
Attorneys for Plaintiff and Counter-Defendant Autoopt Networks, Inc.

Dated: November 9, 2017 By: L/O WALLACE C. DOOLITTLE

/s/ Wallace C. Doolittle
Attorneys for Defendants Vijay Karani and Mobile Terrace, Inc.

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

/s/ Lawrence G. Townsend
Attorneys for Plaintiff Bradford Gregory

## ORDER

Pursuant to stipulation of the parties, and Rule 41(a)(1) and (A)(ii), IT IS HEREBY ORDERED that the action herein be, and hereby is, DISMISSED WITH PREJUDICE as to Defendants Vijay Karani and Mobile Terrace, Inc. only, each party to bear its own attorneys' fees and costs.

Dated: 11/9/2017 *Haywood S. Gill, Jr.*
United States District Judge

S:\LGT-TENA\AutooptNetworks\Fed Copyright Action\Stipulation-OrderDismissal-Karani and Mobile Terrace.doc

2

Stipulation And [Proposed] Order Of Dismissal With Prejudice    Case No. 4:17-cv-04714-HSG