Robert E. Camors, Jr. (CA Bar No. 121204)
bobcamors@camorslaw.com
Law Offices Of Bob Camors
50 West San Fernando Street, Suite 1425
San Jose, California 95113
Telephone: 408-573-5744
Facsimile: 408-573-5743

Chris Kao (CA Bar No. 227086)
ckao@kaollp.com
Andrew Hamill (CA Bar No. 251156)
ahamill@kaollp.com
Whitney Miner (CA Bar No. 290825)
wminer@kaollp.com
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243

Attorneys for Defendant and Counter-Claimant
Gnanenthiran Jayanthan

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUTOOPT NETWORKS, INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>VIJAY KARANI, an individual; MOBILE TERRACE, INC., a California corporation; GNANENTHIRAN JAYANTHAN, an individual,<br>        Defendants. | Case No. 17-cv-04714-HSG<br><br>**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER [50]**<br><br>**Courtroom:** 2, Fourth Floor<br>**Judge:** Hon. Haywood S. Gillam, Jr. |
| GNANENTHIRAN JAYANTHAN, an individual,<br>        Counter-Claimant,<br><br>        v.<br><br>AUTOOPT NETWORKS, INC., a California corporation<br>        Counter-Defendant. | |

Having considered Defendant and Counter-Claimant Gnanenthiran Jayanthan's ("Mr. Jayanthan") "Motion to Remove Incorrectly Filed Document; Docket Number [50]", which was submitted for immediate determination without a hearing under Civil L.R. 7-11, and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Jayanthan's Motion is hereby GRANTED and that Docket No. [50] shall be permanently deleted from the docket.

**IT IS SO ORDERED.**

DATED: March 1, 2018

Hon. Haywood S. Gillam. Jr.
United States Magistrate Judge