UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOOPT NETWORKS, INC., <br> Plaintiff, <br> v. <br> GNANENTHIRAN JAYANTHAN, <br> Defendant. | Case No.17-cv-04714-HSG <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 65 |

On April 6, 2018, the Court ordered Plaintiff to show cause why sanctions should not issue against it for its failure to comply with the Court's order directing it to appear through a client representative at the motion hearing held on April 5, 2018. *See* Dkt. No. 65. The Court **DISCHARGES** the order to show cause in light of Plaintiff's explanation filed on April 13, 2018. *See* Dkt. No. 70.

**IT IS SO ORDERED.**

Dated: 4/13/18

HAYWOOD S. GILLIAM, JR.
United States District Judge