UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOOPT NETWORKS, INC., <br> Plaintiff, <br> v. <br> GNANENTHIRAN JAYANTHAN, <br> Defendant. | Case No.17-cv-04714-HSG <br><br> **ORDER TO SHOW CAUSE** |

On April 6, 2018, the Court granted a motion to withdraw by former counsel for Plaintiff. *See* Dkt. No. 67. Because Plaintiff is a corporation and cannot represent itself, *see In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam), the order informed Plaintiff that if it failed to obtain counsel by April 30, 2018, the Court would issue an order to show cause why this case should not be dismissed with prejudice for failure to prosecute, *see* Dkt. No. 67 at 2-3.

The April 30 deadline has passed and Plaintiff has not filed a substitution of counsel. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed with prejudice for failure to prosecute. Plaintiff shall file a statement of no more than two pages by May 7, 2018.

**IT IS SO ORDERED.**

Dated: 5/1/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge