UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOOPT NETWORKS, INC., <br> Plaintiff, <br> v. <br> VIJAY KARANI, et al., <br> Defendants. | Case No. 17-cv-04714-HSG <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 82, 83 |

Before the Court are Defendant and Counter-claimant Gnanenthiran Jayanthan's discovery letters. First Ltr., ECF No. 82; Second Ltr., ECF No. 83. While Jayanthan filed each as a "joint letter," both letters only include Jayanthan's position regarding the discovery disputes. *Id.* Neither letter includes Plaintiff and Counter-defendant AutoOpt Networks, Inc.'s position. *Id.* Additionally, the second letter's certification does not include the signature of AutoOpt's counsel. ECF No. 83 at 1. Therefore, the Court **ORDERS** AutoOpt to file its portions of the joint letter briefs, no later than August 30, 2018, at 12:00 p.m., including a *signed* certification for the second letter brief. No chambers copies are required.

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge