Paul J. Steiner (SBN 41117)
Law Offices of Paul J. Steiner
275 Battery Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 981-6100
Facsimile: (415) 984-0950
E-Mail: paul@sfpaulaw.com

Attorneys for Plaintiff and Counter-Defendant
AutoOpt Networks, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUTOOPT NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIJAY KARANI, an individual; MOBILE TERRANCE, INC., a California corporation, GNANENTHIRAN JAYANTHAN, an individual,<br><br>Defendants. | Case No.: 4:17-cv-04714-HSG<br><br>STIPULATION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE PER FRCP RULE 23(e), 23.1(c), 23.2, and 66 and Order<br><br>Complaint Filed: 8/15/17<br>Counterclaim Filed: 9/25/17 |
| GNANENTHIRAN JAYANTHAN, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>AUTOOPT NETWORKS, INC., a California corporation<br><br>Counter-Defendant | |

**STIPULATION**

Pursuant to FRCP Rule 23(e), 23.1(c), 23.2 and 66, Plaintiff and Counter-Defendant AUTOOPT NETWORKS, INC. and Defendant and Counter-Claimant, GNANENTHIRAN JAYANTHAN, an individual, agree and stipulate that the First Amended Complaint herein only may be and hereby is dismissed with prejudice.

Plaintiff and Counter-Defendant AUTOOPT NETWORKS, INC. and Defendant and Counter-Complainant GNANENTHIRAN JAYANTHAN, an individual, further agree and stipulate to the provisions and limitations as follows:

1. Each party will bear their own attorney's fees in concerning the Plaintiff's Complaint and First Amended Complaint.
2. Defendant GNANENTHIRAN JAYANTHAN has not waived costs. Collection of Defendant's costs incurred in the defense of the First Amended Complaint shall be deferred to be determined upon resolution of the Counter-Complaint either by agreement, settlement or judgment and, if by judgment, thereafter by the filing of a Memorandum of Costs.
3. The Counter-Complaint, and each and every claim therein, of GNANENTHIRAN JAYANTHAN claiming work-related unpaid sums of money remains in full force and effect.
4. The Parties to this Stipulation agree that dismissal of the First Amended Complaint with prejudice does not limit either Party's right to continue or seek any and all depositions in the Counter-Complaint, which asserts no federal claims, which the Parties expect will be remanded to state court once this Court dismisses the First Amended Complaint.

Dated: November 15, 2018

Law Offices of Paul J. Steiner

*/s/ Paul J. Steiner*

By: ________________________

Paul J. Steiner
Attorneys for Plaintiff and Counter-Defendant
AUTOOPT NETWORKS, INC.

Dated: November 15, 2018

Law Offices of Bob Camors

*/s/ Robert E. Camors, Jr.*

By: ________________________
Robert E. Camors,Jr.
Attorneys for Defendant and Counter-Claimant
GNANENTHIRAN JAYANTHAN

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that the concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

Dated: November 15, 2018

*/s/ Paul J. Steiner*

________________________________
Paul J. Steiner
Attorney for Plaintiff and Counter-Defendant AUTOOPT NETWORKS, INC.

Dated: 11/16/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Haywood S. Gill, Jr.

Judge Haywood S. William Jr.