Robert E. Camors, Jr. (CA Bar No. 121204)
bobcamors@camorslaw.com
Law Offices of Bob Camors
1501 The Alameda, Suite 210
San Jose, California 95126
Telephone: 408-573-5744
Facsimile: 408-573-5743

Chris Kao (CA Bar No. 227086)
ckao@kaollp.com
Andrew Hamill (CA Bar No. 251156)
ahamill@kaollp.com
Whitney Miner (CA Bar No. 290825)
wminer@kaollp.com
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243

Attorneys for Defendant and Counter-Claimant
Gnanenthiran Jayanthan

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOOPT NETWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIJAY KARANI, an individual; MOBILE TERRACE, INC., a California corporation; GNANENTHIRAN JAYANTHAN, an individual,<br><br>Defendants.<br><br>GNANENTHIRAN JAYANTHAN, an individual,<br>Counter-Claimant,<br><br>v.<br><br>AUTOOPT NETWORKS, INC., a California corporation<br>Counter-Defendant. | Case No. 4:17-cv-04714-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**<br><br><br><br><br><br>Complaint Filed: 8/15/17<br><br>Counterclaim Filed: 9/25/17 |

# STIPULATION

Plaintiff and Counter-Defendant AUTOOPT NETWORKS, INC. ("Autoopt") and Defendant and Counter-Claimant, GNANENTHIRAN JAYANTHAN ("Jayanthan"), an individual, by and through their undersigned counsel, agree and stipulate to the following;

1. Autoopt's First Amended Complaint was dismissed with prejudice by the Court previously pursuant to stipulation of the parties as authorized by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Jayanthan's counterclaim asserts compulsory counter claims that are subject to the court's supplemental jurisdiction.

3. The parties jointly agree that the court should decline to continue to exercise supplemental jurisdiction over the counterclaim pursuant to 28 USCA section 1367(c)(3) and, instead, order the counterclaim dismissed without prejudice so it can be re-filed in the Superior Court of California.

4. The parties acknowledge, stipulate and agree that all statutes of limitation applicable to Jayanthan's counterclaims under California law have been tolled during the pendency of his counterclaim in this court, and will continue to be tolled for a period of 30 days after the dismissal of the counterclaim, pursuant to 28 USCA section 1367(d).

Dated: December 6, 2018           Law Offices of Paul J. Steiner

                                          /s/ Paul J. Steiner
                                  By: _____
                                       Paul J. Steiner
                                       Attorneys for Plaintiff and Counter-Defendant
                                       AUTOOPT NETWORKS, INC.

Dated: December 6, 2018           Law Offices of Bob Camors

                                          /s/ Robert E. Camors, Jr.
                                  By: _____
                                       Robert E. Camors, Jr.
                                       Attorneys for Defendant and Counter-Claimant
                                       GNANENTHIRAN JAYANTHAN

////

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that the concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

Dated: December 8, 2018            /s/ Robert E. Camors, Jr.
_____
Robert E. Camors, Jr.
Attorneys for Defendant and Counter-Claimant GNANENTHIRAN JAYANTHAN

**ORDER**

Autoopt's First Amended Complaint has been dismissed with prejudice by stipulation of the parties as authorized by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. As to Jayanthan's counterclaim, based on the stipulation of the parties and finding good cause for the actions jointly requested therein,

IT IS HEREBY ORDERED that:

1. Although Jayanthan's counterclaim asserts compulsory counter claims that are subject to the court's supplemental jurisdiction, the court declines to continue to exercise supplemental jurisdiction over the counterclaim pursuant to 28 USCA section 1367(c)(3) and, instead, the counterclaim is dismissed without prejudice.

2. All statutes of limitation applicable to Jayanthan's counterclaim under California law have been tolled during the pendency of the counterclaim, and will continue to be

tolled for a period of 30 days after this dismissal of the counterclaim, pursuant to 28 USCA section 1367(d).

3. As a result, this case is dismissed in its entirety.

Dated: December 13, 2018

_____
Judge Haywood S. Gilliam, Jr.